**Abatement Order filed August 12, 2015**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-15-00634-CV

_____

**POWELL DORFAYE, ET AL, Appellants**

**V.**

**BRECKENRIDGE AT CITY VIEW APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1064270**

---

## ABATEMENT ORDER

Notice was filed on August 10, 2015 that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on July 29, 2015, Shalonda Denise Boudreaux, petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court under case number 15-33972. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM